AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| William T. Coleman,<br>*Plaintiff*<br>v. | ) ) ) ) ) ) | Civil Action No.    0:12-cv-01967-JFA |
| York County 16 Circuit Judicial Court; Judge John C<br>Hayes, III, Judge Code 2049,<br>*Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of

___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

_____ recover costs from the plaintiff *(name)* _____.

■    other: the plaintiff, William T. Coleman, shall take nothing of the defendants; York County 16 Circuit

Judicial Court and Judge John C Hayes, III, from the complaint filed pursuant to 42 U.S.C. § 1983 and this

action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, adopting the
Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge,
which dismissed the complaint without prejudice.

Date:  July 29, 2013                                  *ROBIN L. BLUME, CLERK OF COURT*


                                                                    s/A. Buckingham
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*